# EXHIBIT A



**FUSE CONSULTING**
"Management Beyond Expectation"
9701 Apollo Drive
Largo MD 20774
(202) 423-0393

### Letter of Agreement

### Program Writing, Business Consulting and Shared Billables

WHEREAS, True Life Mental Health DC, **a for profit corporation based in the District of Columbia** and Fuse Consulting and its Authorized Representative **(9701 Apollo Drive Largo, MD 20774)** have agreed that will perform Program writing, grant identification and referral consulting services on behalf of **TrueLife Mental Health DC**; and

WHEREAS Rhonda Baskerville has agreed to enter into an agreement in which the funding sources will be identified and applications turned in on behalf of the **TrueLife Mental Health DC** in an effort to help disadvantaged and at-risk populations, particularly returning citizens, to be served by the organization through a variety of workforce initiatives; and

WHEREAS, the partners herein desire to enter into a Memorandum of Understanding setting forth the services to be provided; and

WHEREAS, Rhonda Baskerville will provide the following services for:

1) Help Write and Identify grants that can access funding for workforce programs that will help support their efforts to assist a variety of at-risk and economically populations.

2) Submit a total of Three Programs for duration of contract which is 60 to 90 days to complete first program:

   1. SUD ( Substance Use Disorder) Outpatient Clinic Core Service Agency

   2. SUD Day Rehabilitation Program

   3. SUD Assessment & Referral Center

Initials J·I·E
Jave Ijeaku Ezekwesili

Initials dP
Lawonie Proctor

Initials
Rhonda Baskerville



**FUSE CONSULTING**
"Management Beyond Expectation"
9701 Apollo Drive
Largo MD 20774
(202) 423-0393

3) Help provide guidance on getting site approved including general consulting on mechanisms of proposal programs:

1. SUD Outpatient Core Service Agency

2. SUD Day Treatment Program

3. REFERRAL AND RESOURCE ASSESSMENT CENTER

WHEREAS **True Life Mental Health DC** promises to advance all monies to secure services of professional grant writer that has been discounted from $175,000 to **$150,000. The amount to be immediate in a wire is $80,000. The balance is due upon completion of submitting documents to DBH**; and

WHEREAS both parties believe strongly they have the expertise and experience to win the more funding program to provide services to the targeted population do hereby enter into this agreement; the specifics of which are outlined below.

NOW, THEREFORE, it is hereby agreed by and between the partners as follows:

Consultant/Writer Rhonda Baskerville will Create and Complete the Three Products as stated above and deliver to True Life Mental Health DC the final product to submit to foundations and/or Government Agency.

She will be entitled to an additional amount above her retainer fee agreed upon approval of all programs.

**Rhonda Baskerville shall be entitled to 10% equity of all operations of the True life Mental Health DC in exchange for oversight and management of service delivery and all operations.**

Initials  J·L·E
re Ijeaku Eziowali

Initials
Lawrence Proctor

2

Initials
Rhonda Baskerville



**FUSE CONSULTING**
**"Management Beyond Expectation"**
**9701 Apollo Drive**
**Largo MD 20774**
**(202) 423-0393**

3) Help provide guidance on getting site approved including general consulting on mechanisms of proposal programs:

      1. SUD Outpatient Core Service Agency

      2. SUD Day Treatment Program

      3. REFERRAL AND RESOURCE ASSESSMENT CENTER

WHEREAS <u>True Life Mental Health DC</u> promises to advance all monies to secure services of professional grant writer that has been discounted from $175,000 to <u>$150,000. The amount to be immediate in a wire is $80,000. The balance is due upon completion of submitting documents to DBH;</u> and

WHEREAS both parties believe strongly they have the expertise and experience to win the more funding program to provide services to the targeted population do hereby enter into this agreement; the specifics of which are outlined below.

NOW, THEREFORE, it is hereby agreed by and between the partners as follows:

Consultant/Writer Rhonda Baskerville will Create and Complete the Three Products as stated above and deliver to True Life Mental Health DC the final product to submit to foundations and/or Government Agency.

She will be entitled to an additional amount above her retainer fee agreed upon approval of all programs.

**Rhonda Baskerville shall be entitled to 10% equity of all operations of the True life Mental Health DC in exchange for oversight and management of service delivery and all operations.**

Initials J.I.E
we Ifeaku Ezekwesili

Initials _____
Lawonre Proctor

2

Initials _____
Rhonda Baskerville



**FUSE CONSULTING**
"Management Beyond Expectation"
9701 Apollo Drive
Largo MD 20774
(202) 423-0393

This agreement for 10%equity is a 1 year term and will be reviewed and implemented annually

**Oversight and management includes but not limited to:**

1. Hiring all Clinical Teams, staff and contractors for Service Delivery and management of Service Delivery upon approval of programs and ongoing

2. Hiring all Administrative Teams and Operation Teams, staff and/or contractors for Service Delivery and management of service delivery upon approval of programs and ongoing

3. Hiring Staff/contractors for corporate compliance and continuous quality improvement and management of such personnel upon approval of programs and ongoing

4. Hiring and managing staff/contractors for fiscal management, taxes, payroll, billing and other financial needs of the agency upon approval of programs and ongoing

RHONDA BASKERVILLE AND THE FUSE CONSULTING Project Team is responsible for supplying all necessary information or supporting documents to submit applications for Certifications of all SUD Products, including but not limited to resumes, names and experience of board members, tax forms, media kits, letters of exemption, budgets, EIN numbers. All and any documentation needed to get site approved.

- Consultant/ Rhonda Baskerville is responsible for preparation and filing of each application with the approval for each department.

- **The True Life Mental Health DC** Project Team will provide management and support for program services and activities as outlined in each Statement of Work.

Initials _J.I.E_
_Jare Ijeaku Ezekwesili_

Initials _[signature]_
_Lawrence Prector_

Initials _[blank]_

Rhonda Baskerville



**FUSE CONSULTING**
"Management Beyond Expectation"
9701 Apollo Drive
Largo MD 20774
(202) 423-0393

**This agreement for 10%equity is a 1 year term and will be reviewed and implemented annually**

**Oversight and management includes but not limited to:**

1. Hiring all Clinical Teams, staff and contractors for Service Delivery and management of Service Delivery upon approval of programs and ongoing

2. Hiring all Administrative Teams and Operation Teams, staff and/or contractors for Service Delivery and management of service delivery upon approval of programs and ongoing

3. Hiring Staff/contractors for corporate compliance and continuous quality improvement and management of such personnel upon approval of programs and ongoing

4. Hiring and managing staff/contractors for fiscal management, taxes, payroll, billing and other financial needs of the agency upon approval of programs and ongoing

RHONDA BASKERVILLE AND THE FUSE CONSULTING Project Team is responsible for supplying all necessary information or supporting documents to submit applications for Certifications of all SUD Products, including but not limited to resumes, names and experience of board members, tax forms, media kits, letters of exemption, budgets, EIN numbers. All and any documentation needed to get site approved.

- Consultant/ Rhonda Baskerville is responsible for preparation and filing of each application with the approval for each department.

- **The True Life Mental Health DC** Project Team will provide management and support for program services and activities as outlined in each Statement of Work.

Initials _J·IE_
Jare Ijeaku Ezekwesili

Initials _Æ_
Laurence Proctor

Initials _3_
_ab_
Rhonda Baskerville



**FUSE CONSULTING**
"Management Beyond Expectation"
9701 Apollo Drive
Largo MD 20774
(202) 423-0393

- Consultant shall submit each Application request to the **True Life Mental Health DC** Project Team for review and **True Health Mental Health DC** shall submit the Products to the Government Agency in order to be certified as Provider.

- Responsibilities under this Memorandum of Understanding and Letter of Agreement are expected to begin on or about **June 30th, 2022**.

We, the undersigned have read and agree with this Letter of Agreement. Further, we have reviewed the above referenced agreement and approve it.


**WIRE:**    Navy Federal Credit Union Bank

**Routing:** 256074974


Account: 7041880399

By: _____

Authorized Representative True Life Mental Health DC

By: _____

Authorized Representative True Life Mental Health DC

By: _____

Consultant, Authorized Representative, Fuse Consulting

Initials J·L·E
Jave Ijeoku Ezekwesili

Initials
Lawonre Proctor

Initials [4]
Rhonda Baskerville