# EXHIBIT C

1:18    5G+

Photo ˅                    Done

| | | For calendar year 2022 | | Copy A |
|---|---|---|---|---|
| $ | 3 Other income $ | 4 Federal income tax withheld $ | | For Internal Revenue Service Center |
| | 5 Fishing boat proceeds | 6 Medical and health care payments | | |
| | $ | $19,104,518.12 | | File with Form 1096. |
| | 7 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 8 Substitute payments in lieu of dividends or interest $ | | For Privacy Act and Paperwork Reduction Act |
| | 9 Crop insurance proceeds $ | 10 Gross proceeds paid to an attorney $ | | Notice, see the current General Instructions for Certain Information Returns. |
| | 11 Fish purchased for resale $ | 12 Section 409A deferrals $ | | |
| 14 Excess golden parachute payments ☐ $ | | 15 Nonqualified deferred compensation $ | | |
| 16 State tax withheld ☐ $ $ | | 17 State/Payer's state no. | 18 State income $ $ | |

www.irs.gov/form1099MISC    Department of the Treasury - Internal Revenue Service

Page — Do Not Cut or Separate Forms on This Page

CORRECTED (if checked)

| 1 Rents $ | OMB No. 1545-0115 | Miscellaneous Information |
|---|---|---|
| 2 Royalties $ | Form 1099-MISC (Rev. January 2022) For calendar year 2022 | |
| 3 Other income $ | 4 Federal income tax withheld $ | Copy B For Recipient |
| 5 Fishing boat proceeds | 6 Medical and health care payments | |
| $ | $19,104,518.12 | |
| 7 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 8 Substitute payments in lieu of dividends or interest $ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you |
| 9 Crop insurance proceeds $ | 10 Gross proceeds paid to an attorney $ | |
| 11 Fish purchased for resale | 12 Section 409A deferrals | |

