# EXHIBIT D

**DEPARTMENT OF HEALTH**
**HEALTH REGULATION ADMINISTRATION**

## DISCLOSURE OF OWNERSHIP AND CONTROL INTEREST STATEMENT

| Identifying Information (A) Name of Firm | D/B/A | Provider No. | Vendor No. | Telephone No. |
|---|---|---|---|---|
| Family Solutions of Ohio, Inc | | | | |

| Street Address | | City, County, State | Zip Code |
|---|---|---|---|
| 6500 Pennsylvania Avenue SE Suite 330 | | Washington DC | 20003 |

II. Answer the following questions by checking "Yes" or "No". If any of the questions are answered "Yes", list names and addresses of individuals or organizations under Remarks on page 2. Identify each item/member to be confirmed.

   A. Are there any individuals or organizations having a direct or indirect ownership or control interest of 5 percent or more in the institution, organization, or agency that have been convicted of a criminal offense related to the involvement of such person, or organization in any of the programs established by Titles XVIII, XIX, or XX?        ☐ Yes  ☒ No

   B. Are there any directors, officers, agents, or managing employees of the institution, agency or organization who have ever been convicted of a criminal offense related to their involvement in such programs established by Titles XVIII, XIX, or XX?        ☐ Yes  ☒ No

   C. Are there any individuals currently employed by the institution, agency, or organization in a managerial, accounting, auditing, or similar capacity who were employed by the institution's organization's, or agency's fiscal intermediary or carrier within the previous 12 months? (Title XVIII providers only)        ☐ Yes  ☒ No

III.   (A) List names, addresses for individuals, or the EIN for organization having direct or indirect ownership or a controlling interest in the entity. (See instructions for definition of ownership and controlling interest.) List any additional names and addresses under "Remarks" on Page 2. If more than one individual is reported and any of these persons are related to each other, this must be reported under Remarks.

| Name | Address | | EIN |
|---|---|---|---|
| Lawrence Proctor | 2250 Double Creek Suite 6443 Round Rock Texas 78664 | 100% | 463088216 |
| | | | |
| | | | |

(B) Type of Entity:   ☐ Sole Proprietorship   ☐ Partnership   ☒ Corporation
                      ☐ Unincorporated Association   ☐ Other (Specify)

(C) If the disclosing entity is a corporation, list names, addresses (A) of the Directors, and EINs for corporations under Remarks

Check appropriate box for each of the following questions
   (d) Are any owners of the disclosing entity also owners of other Medicare/Medicaid institutions (hospitals, sole proprietor, partnership or members of Board of Directors.) If yes, list names, addresses of individuals and provider numbers        ☐ Yes  ☒ No

| Name | Address | Provider Number |
|---|---|---|
| | | |
| | | |
| | | |

★ ★ ★
DEPARTMENT OF HEALTH
HEALTH REGULATION ADMINISTRATION

IV.  (a) Has there been a change in ownership or control within the last year?  ☐ Yes  ☒ No
     If yes, give date _____

     (b) Do you anticipate any change of ownership or control within the year?  ☐ Yes  ☐ No
     If yes, when? _____

     (c) Do you anticipate filing for bankruptcy within the year?  ☐ Yes  ☒ No
     If yes, when _____

V.   Is this facility operated by a management company, or leased in whole or part by another organization?  ☐ Yes  ☒ No
     If yes, give date of change in operations _____

VI.  Has there been a change in Administrator, Director of Nursing or Medical Director within the last year?  ☒ Yes  ☐ No

VII. (a)  Is this facility chain affiliated? (If yes, list name, address of Corporation, and EIN):  ☐ Yes  ☒ No
          Name _____

          Address _____

VIII.     Have you increased your bed capacity by 10% or more or by 10 beds, whichever is greater, within the last 2 years?  ☐ Yes  ☒ No

     If yes give year change: _____

                    Current Beds _____     Prior beds _____

WHOEVER KNOWINGLY AND WILLFULLY MAKES OR CAUSES TO BE MADE A FALSE STATEMENT OR REPRESENTATION OF THIS STATEMENT, MAY BE PROSECUTED UNDER APPLICABLE FEDERAL OR STATE LAWS. IN ADDITION, KNOWINGLY AND WILLFULLY FAIL TO FULLY AND ACCURATELY DISCLOSE THE INFORMATION REQUESTED MAY RESULT IN DENIAL OF A REQUEST TO PARTICIPATE OR ENTITY ALREADY PARTICIPATES, A TERMINATION OF ITS AGREEMENT OR CONTRACT WITH THE D.C. STATE AGENCY AS APPROPRIA

| Name of Authorized Representative (Typed) | Title |
|---|---|
| John A. Hopkins, Sr. | President |

| Signature: | Date |
|---|---|
|  | 1/23/2023 |