# EXHIBIT E



By and Between

Dr. LaWonne Proctor

Rhonda Baskerville

IjeakU@trulifehealth.com

# Addendum

There are no other changes

There are no added partners to

New Life Corporation.

Update to previous contract terms and agreements

By and Between

**Dr. LaWonne Proctor**

Rhonda Baskerville

Jane Ijeaku Ezekwesili

Date on: June 30th 2022

The following terms agreed in exchange for the amount of $875,000 dollars this is a binding agreement for Partnership of **New Life Corporation**

$700,000 Wire to account

$175,000 Balance after a Month of Billing

Transition period of 200 consumers to include staff working daily with coverage and supervision.

Shares do not change the minor change is name change of a governing partner.

Linnet Wright to replace Rhonda Baskerville for agreed purposes.

All standing agreement is in full force and active.



_____    5/24/2023

Dr. LaWonne Proctor                DATE

_____    3/24/2023

Mrs. Ijeaku Jane Ezekwesili              DATE