# EXHIBIT F



**.gov**

Mayor Muriel Bowser

# (/Home.aspx/index)

---

**311 Online (https://311.dc.gov)**      **Agency Directory (https://dc.gov/directory)**

**Online Services (https://dc.gov/online-services)**      **Accessibility (https://dc.gov/page/dcgov-accessibility-policy)**

Home (/Home.aspx)

Edit Account (/Account.aspx/AccountManagement)

Sign Out (/Account.aspx/LogOff?signoutFromCropLogin=true)

# New Life Corporation - Initial File Number: C00007716386

| Main | Reports | Trade Names | Beneficial Owners |

## Beneficial Owners

| Business Contact Type | Name | Address | Executing Officer | File Number |
|---|---|---|---|---|
| Incorporator | Proctor, LaWonne | 6514 Marlboro Pike, Suite 47681 District Heights, MD 20753 | Is Executing Officer?: Yes Executing Officer Type: CEO | C00007716386 |

  ⌄

**Return to Home**

---

**District News**



# (/Home.aspx/index)

Mayor Muriel Bowser

---

**311 Online (https://311.dc.gov)**          **Agency Directory (https://dc.gov/directory)**

**Online Services (https://dc.gov/online-services)**          **Accessibility (https://dc.gov/page/dcgov-accessibility-policy)**

Home (/Home.aspx)

Edit Account (/Account.aspx/AccountManagement)

Sign Out (/Account.aspx/LogOff?signoutFromCropLogin=true)

# New Life Corporation - Initial File Number: C00007716386

| Main | Reports | Trade Names | Beneficial Owners |

## Entity Info

**Business Name**
New Life

**Suffix**
Corporation

**Registration / Effective Date**
6/01/2023

**Commencement Date**
6/01/2023

**Entity Status**
Active

Case 1:24-cv-02132-SLS   Document 28-6   Filed 06/27/25   Page 4 of 5

**Foreign Name**

**Date of Organization**

**State**

**Country**

## Business Address

Business Address data not found.

## Agent

**Is non-commercial Registered Agent?**
Yes

**Name**
Helena Barbour

## Address

**Line1**
1011 Monroe Street NW

**Line2**

| City | State | Zip |
|---|---|---|
| Washington | District of Columbia | 20010 |

**Email**

lawonne.proctor@affordablehhc.com

## Return to Home

### District News

- Mayor's Public Schedule (https://mayor.dc.gov/newsroom)

- Citywide News (https://newsroom.dc.gov)

- Citywide Calendar (https://calendar.dc.gov/events)

- Subscribe to Receive Emails (https://service.govdelivery.com/accounts/DCWASH/subscriber/new)

- Subscribe to Text Alerts (https://hsema.dc.gov/page/alertdc)

- Subscribe to Newsletters (https://public.govdelivery.com/accounts/DCWASH/subscriber/new)

### District Initiatives

- Green DC (https://green.dc.gov)

- Grade DC (https://grade.dc.gov)

- Age-Friendly DC (https://agefriendly.dc.gov)

- Sustainable DC (https://sustainable.dc.gov)

- Connect DC (https://connect.dc.gov)

- Great Streets (https://greatstreets.dc.gov)

- Ready DC (https://ready.dc.gov)

### About DC

- Open DC (https://open.dc.gov)

- Budget (https://cfo.dc.gov/budget)

- Emancipation (https://emancipation.dc.gov)

- Consumer Protection (https://oag.dc.gov/consumer-protection)

- Contracts (https://dc.gov/contracts)

- Property Quest (https://propertyquest.dc.gov)