# EXHIBIT G

# NOBLE AND CROW, P.A.

ATTORNEYS AT LAW

JOHN NOBLE (MD, D.C.
ALEXANDER J. CROW (MD, D.C.)

SUITE 616
451 HUNGERFORD DRIVE
ROCKVILLE, MARYLAND 20850

TELEPHONE
(301) 762-7200
FAX (301) 762-7209

Alexander J. Crow, Esquire
(301) 762-7201
acrow@noblecrow.com

December 9, 2023

VIA EMAIL & FIRST CLASS MAIL
Godisglory1@icloud.com
Godisglory@aol.com

Ms. LaWonne Proctor
Family Solutions
Suite 330
650 Pennsylvania Avene, S.E.
Washington, D.C. 20003

Re:    Our Client:  Jane Ijeaku Ezekwesili
       Contract Effective Date:  June 30, 2022
       Addendum:  March 24, 2023
       NOTICE OF BREACH OF CONTRACT
       DEMAND FOR PAYMENT

Dear Ms. Proctor:

I am counsel for Ms. Jane Ijeaku Ezekwesili. I have been engaged by Ms. Ezekwesili to undertake the collection from you of Seven Hundred Thousand Dollars ($700,000.00) paid by Ms. Ezekwesili to you in two (2) payments of Three Hundred Fifty Thousand Dollars ($350,000.00) each on March 24, 2023 and March 27, 2023.

Further, please consider this letter notice that Ms. Ezekwesili asserts that you have committed a material breach of the contract referenced above consisting of the original contract with an effective date of June 30, 2022, and an addendum dated March 14, 2023. Hereafter, both documents will be collectively referred to as, "the Contract." The subject matter of the Contract was Ms. Ezekwesili's acquisition of an ownership interest in a mental health services company with a specified volume of clients. ("the consideration")

The basis for asserting a material breach by you of the Contract is a total failure on your part to deliver to Ms. Ezekwesili the entirety of the consideration stated in the Contract in exchange for her payment and receipt by you of Seven Hundred Thousand Dollars

($700,000.00).

For the foregoing reasons, Ms. Ezekwesili demands the immediate return to her of the $700,000.00 that you received from her. Upon your acknowledgment to me that you are prepared to send the $700,000.00 by bank wire transfer, I will provide your bank or legal representative with the wire transfer information.

It is my understanding that you have informed Ms. Ezekwesili that your failure to deliver to Ms. Ezekwesili what she bargained to receive from you under the terms of the Contract arises out of what you have alleged to her is a failure on the part of one or more other persons or entities to perform or to deliver to you assets, including a business enterprise to be acquired by you paid by you in whole or in part by the $700,000.00 paid to you by Ms. Ezekwesili. Please note that the Contract contains no conditions to your obligation to deliver to Ms. Ezekwesili the stated consideration in exchange for the payment made by her to you.

It is my further understanding that you have engaged counsel on your behalf to recover from the persons or entities responsible to you for the default you allegedly suffered. I am willing to speak to your counsel about Ms. Ezekwesili's intent to pursue a claim against you for $700,000.00, and ask that your counsel contact me as soon as possible.

Time is of the essence. Ms. Ezekwesili is taking action to pursue her claim against you. She reserves the right to assert any basis or cause of action for recovering these funds from you without limiting her remedies to a cause of action for breach of contract.

Please forward to my attention all future communications regarding these matters intended by you or your representative for Ms. Ezekwesili.

Sincerely yours,

NOBLE AND CROW, P.A.

Alexander J. Crow

cc:    Ms. Jane Ijeaku Ezekwesili
       Ms. LaWonne Proctor
              9715 Stonecross Bend Drive
              Houston, TX 77707