<u>JURY VERDICT</u>

1.    Has the Plaintiff proven by a preponderance of the evidence that the Defendant, Lawonne Proctor, committed a breach of contract, namely the Fuse Contract as modified by the Addendum?

Yes: _____

No: _____

2.    If your answer to No. 1, is "yes" what is your verdict on the award to the Plaintiff of compensatory damages caused by the Defendant's breach of contract? $_____.

3.    Has the Plaintiff proven by a preponderance of the evidence that the Defendant, Lawonne Proctor, breached a fiduciary duty owed by the Defendant, Lawonne Proctor, to Plaintiff?

Yes: _____

No: _____

4.    If you your answer to No. 3 is "yes," what is your verdict as to the amount of compensatory damages caused by Defendant's breach of fiduciary duty to be paid by Defendant, Lawonne Proctor to Plaintiff? $_____.

5.    If your answer to No. 3 is "yes," is it your verdict that Plaintiff shall receive an award of punitive damages paid by Defendant Lawonne Proctor to Plaintiff based upon the jury's finding that the Plaintiff has proved by clear and convincing evidence that the Defendant, in causing the breach of fiduciary duty owed to Plaintiff  (1) acted with evil motive, actual malice, or in willful disregard for the rights of the Plaintiff; and ( 2)   Defendant, Lawonne Proctor's conduct was outrageous or grossly fraudulent?

Yes: _____

No: _____

6.      If your answer to No. 5 is "yes," what is your verdict as to the amount of punitive damages to be paid by Defendant, Lawonne Proctor to Plaintiff? $_____.

7.      Has the Plaintiff proven by clear and convincing evidence that she was entitled to cancel the contract identified in this case as the Fuse Contract with Addendum because you have found that the Defendant committed the following four elements of fraudulent inducement of the Plaintiff to enter into the contract and pay $700,000.00 to Defendant Lawonne Proctor : (1)  a false fact or facts represented by Defendant to Plaintiff that were material; (2) Defendant Lawonne Proctor knew that the representations were false; (3)  the Defendant intended to deceive the Plaintiff; and (4) the Plaintiff suffered damage proximately and directly resulting from reliance by Plaintiff upon the misrepresented fact(s).

Yes: _____

No: _____

8.      If your answer to No. 7 is yes, what is your verdict as to the amount of compensatory damages caused by Defendant's fraudulent inducement to be paid by Defendant Lawonne Proctor to Plaintiff? $_____.

9.      If your answer to No. 7 is "yes," is it your verdict that Plaintiff  shall receive an

award of punitive damages paid by Defendant Lawonne Proctor to Plaintiff based upon the jury's

finding Plaintiff has proved by clear and convincing evidence that Defendant, in causing the

fraudulent inducement (1) acted with evil motive, actual malice, or in willful disregard for the

rights of the Plaintiff; and ( 2) Defendant, Lawonne Proctor's conduct was outrageous or grossly

fraudulent?

Yes: _____

No:  _____

10.     If your answer to No. 9 is "yes," what is your verdict as to the amount of punitive

damages to be paid by Defendant, Lawonne Proctor to Plaintiff? $_____.

11.     Has the Plaintiff proven by a preponderance of the evidence that the Defendant

Bruce Proctor and the Defendant Lawonne Proctor entered into and engaged in acts that

constitute a civil conspiracy to cause a fraudulent inducement that would induce the Plaintiff to

enter into the Fuse Contract with Addendum and pay $700,000.00 to Defendant Lawonne

Proctor?

Yes: _____

No:  _____

12.    If your answer to No. 11 is "yes," is it your verdict that Plaintiff shall receive an award of punitive damages paid by Defendant Bruce Proctor and Lawonne Proctor to Plaintiff based upon the jury's finding Plaintiff has proved by clear and convincing evidence that both Defendant's in conspiring to cause a fraudulent inducement of Plaintiff (1) acted with evil motive, actual malice, or in willful disregard for the rights of the Plaintiff; and ( 2) Defendant, Lawonne Proctor's and Bruce Conduct conduct was outrageous or grossly fraudulent?

Yes: _____
No:  _____

13.    If your answer to No. 11 is "yes," what is your verdict as to the amount of punitive damages to be paid by Defendants, Lawonne and Bruce Proctor to Plaintiff?

$_____.

14.    Has the Plaintiff proven by a preponderance of the evidence that the Defendant, Lawonne Proctor, committed the wrongful act of conversion as to the $700,000.00 paid by Plaintiff to Defendant, Lawonne Proctor?

Yes: _____
No:  _____

15.    If you your answer to No. 14 is "yes," what is your verdict as to the amount of compensatory damages caused by Defendant's conversion to be paid by Defendant, Lawonne Proctor to Plaintiff? $_____.

16.    If your answer to No. 14 is "yes," is it your verdict that Plaintiff shall receive an award of punitive damages paid by Defendant Lawonne Proctor to Plaintiff based upon the jury's finding Plaintiff has proved by clear and convincing evidence that Defendant, in causing the

conversion of Plaintiff's $700,000,00 (1) acted with evil motive, actual malice, or in willful disregard for the rights of the Plaintiff; and ( 2) Defendant, Lawonne Proctor's conduct was outrageous or grossly fraudulent?

Yes: _____

No:  _____

THIRD PARTIES

17.    Have the Defendants/Third-Party Plaintiffs proven by a preponderance of evidence that the Third-Party Defendants, John Hopkins and Nancy Hopkins, committed a Breach of Contract with respect to the "Partnership Agreement" dated January 22, 2023?

Yes: _____

No:  _____

18.    If your answer to No. 17 is "yes", what amount of compensatory damages are the Defendants/Third-Party Plaintiffs entitled to recover from Third-Party Defendants, John Hopkins and Nancy Hopkins, for the Breach of Contract? $_____.

19.    Have the Defendants/Third-Party Plaintiffs proven by clear and convincing evidence that the Third-Party Defendants, John Hopkins and Nancy Hopkins, committed Fraud in the Inducement, namely, by making misrepresentations of material facts to Defendants/Third-Party Plaintiffs?

Yes: _____

No: _____

20.    If your answer to No. 19 is "yes", what amount of compensatory damages are the Defendants/Third-Party Plaintiffs entitled to recover from the Third-Party Defendants, John Hopkins and Nancy Hopkins, for Fraud in the Inducement? $_____.

21.     Have the Defendants/Third-Party Plaintiffs proven by a preponderance of the evidence that the Third-Party Defendants, John Hopkins and Nancy Hopkins, committed Conversion, namely, that they wrongfully interfered with the property of the Defendants/Third-Party Plaintiffs?

Yes: _____

No: _____

22.     If your answer to No. 21 is "yes", what amount of compensatory damages are the Defendants/Third-Party Plaintiffs entitled to recover from the Third-Party Defendants, John Hopkins and Nancy Hopkins, for Conversion? $_____.

23.     Have the Defendants/Third-Party Plaintiffs proven by a preponderance of the evidence that the Third-Party Defendants, John Hopkins and Nancy Hopkins, engaged in a Conspiracy, namely that they agreed to engage in fraud and/or deceit to the detriment of the Defendants/Third-Party Plaintiffs?

Yes: _____

No: _____

24.     If your answer to No. 23 is "yes", what amount of compensatory damages are the Defendants/Third-Party Plaintiffs entitled to recover from the Third-Party Defendants, John Hopkins and Nancy Hopkins, for Conspiracy? $_____.

25.     If your answer to No. 23 is "yes", have the Defendants/Third-Party Plaintiffs proven by clear and convincing evidence that the Conspiracy of the Third-Party Defendants, John Hopkins and Nancy Hopkins, was engaged in maliciously, fraudulently, or with reckless disregard to the Defendants/Third-Party Plaintiffs?

Yes: _____

No: _____

26.     If your answer to No. 25 is "yes", what amount of punitive damages are the Defendants/Third-Party Plaintiffs entitled to recover from the Third-Party Defendants, John Hopkins and Nancy Hopkins? $_____.